UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MICHELLE BROWN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>APG STAFFING, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00222-ART-DJA<br><br>ORDER |

　　　　Plaintiff Jessica Brown ("Plaintiff") filed a motion seeking an extension from the Court to meet unnamed deadlines. (ECF No. 9 at 1-2.) The Court, however, already dismissed the first amended complaint for lack of subject matter jurisdiction without leave to amend, closed the case, and entered judgment against Plaintiff. (ECF Nos. 6,7.) Because the Court closed the case and there are no pending deadlines before this Court, Plaintiff's motion (ECF No. 9) is denied as moot. If Plaintiff is attempting to raise any new legal claims, she may initiate a new lawsuit by filing a complaint and an application to proceed *in forma pauperis* with the Clerk of the Court.

　　　　DATED THIS 14th day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE